FILED

OCT 27 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: MARIA YOLANDA LAMAS,
THIRD PARTY CUSTODIAN,

_____/

CASE NO.  1:06-mc-00042 LJO

ORDER TO THIRD PARTY
CUSTODIAN TO SHOW CAUSE

Notice of Hearing

Date: November 30, 2006

Time: 8:30am

Courtroom: 8

TO: Maria Yolanda Lamas:

YOU ARE HEREBY ORDERED TO APPEAR AT THE ABOVE-INDICATED TIME TO SHOW CAUSE WHY YOU SHOULD NOT BE FOUND IN CONTEMPT OF COURT FOR A WILLFUL VIOLATION OF A VALID COURT ORDER.

## BACKGROUND

On June 22, 2006, Joel Javier Lamas was indicted by the Federal Grand Jury in case number 06-0225 for six counts of mail fraud and aiding and abetting (18 USC 1341 and 2), 6 counts of Identity Theft and aiding and abetting (18 USC 1028 (a)(7) and 2, and six counts of aggravated identity theft (18 USC 1028A (a)(1) and (c)(5).  He faces a maximum time in custody of 222 years and a fine of $3 million.

///

1

1  On June 23, 2006, Mr. Lamas made his first appearance before the Honorable
2  Lawrence J. O'Neill, United States Magistrate Judge, in Department 8 of the United States
3  District Court. A Detention Hearing was held on June 30, 2006 at which time Mr. Lamas was
4  released on a $20,000 unsecured bond signed by Maria Yolanda Lamas. Ms. Lamas also
5  agreed to be the Third Party Custodian to Mr. Lamas.
6  Pursuant to the ORDER SETTING CONDITIONS OF RELEASE dated June 30, 2006,
7  a copy of which is attached hereto and incorporated herein, Maria Yolanda Lamas agreed to
8  supervise Mr. Lamas in accordance with all of the conditions of the release, use every effort
9  to assure Mr. Lamas' appearance at the scheduled court proceedings, and "to notify the court
10 immediately in the event the defendant violates any conditions of release or disappears."
11 (Paragraph 6, at page 2 of the ORDER SETTING CONDITIONS OF RELEASE). Ms. Lamas
12 signed the agreement. One of the terms and conditions of release was to "refrain from ANY
13 use of alcohol..." (Paragraph 7(h)).
14 Joel Javier Lamas was ordered to appear before the Honorable Anthony I Ishii, United
15 States District Court Judge, on October 23, 2006 at 9:00 a.m. for a status conference.  Mr.
16 Lamas failed to appear. Mr. Lamas' counsel, Attorney Dale Blickenstaff informed Judge Ishii
17 that Mr. Lamas' wife had informed him that Mr. Lamas had been arrested at 5:00 a.m. that
18 morning and was apparently in State custody.
19 On October 23, 2006 at 12:45 p.m. Pretrial Services Officer Monte Olson called Mr.
20 Lamas' residence and spoke with Mr. Lamas, who admitted that he had been drinking alcohol
21 at his Aunt's home, the same Aunt who is the Third Party Custodian. The occasion was the
22 Aunt's birthday party. He admitted that he was arrested by the California Highway Patrol on
23 his way home from that party.
24 On October 24, 2006 at 1:45 p.m., Pretrial Services Officer Monte Olson spoke to Third
25 Party Custodian, Maria Yolanda Lamas on the phone. She admitted that her nephew had
26 arrived at her residence on Sunday, October 22, 2006, having consumed alcohol.  She
27 acknowledged that she had an obligation to notify the court/Pretrial Officer of the violation of
28 the condition precluding alcohol consumption, and that she had not fulfilled the obligation.

1  Accordingly, this court sets the hearing at the time and location designated above, and
2  ORDERS the Third Party Custodian to show cause why an evidentiary hearing should not be
3  set, and why sanctions should not be issued against said Maria Yolanda Lamas for her failure
4  to comply with this court's order of June 3, 2006.   Failure to comply with this ORDER TO
5  SHOW CAUSE will result in a warrant for your arrest.   Finally, you are advised that you may
6  wish to retain an attorney immediately.

7  On the basis of good cause, this Court:

8     1.   DIRECTS this Court's clerk to serve the Order to Show Cause as follows:

9         a) Stanley Boone, Assistant U.S. Attorney, U.S. Attorneys Office

10        b) PERSONALLY serve: (via U.S. MARSHAL)

11           MARIA YOLANDA LAMAS

12           1409 HOAG

13           SANGER, CALIFORNIA 93657

14        c) Pretrial Services Officer: Monte Olson

15    2.   DIRECTS the U.S. Marshal to file proof of personal service within 5 days of
16        service.

17 IT IS SO ORDERED.

19 Dated: October 27, 2006

                                      HONORABLE LAWRENCE J. O'NEILL
                                      U.S. MAGISTRATE JUDGE

AO 199A (Rev. 3/87) Order Setting Conditions of Release                                 Page 1 of ___3___ Pages

# United States District Court

_Eastern_ DISTRICT OF _California_

**FILED**
JUN 30 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Joel Javier Lamas
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 1:06 CR00225 AWI

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) _US District Court 2500 Tulare, Fresno CA_ on _July 3, 2006_ Place _at 9:00 AM_
Date and Time

Judge Ishii

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES

LAMAS, Joel
06-0225 AWI

**ADDITIONAL CONDITIONS OF RELEASE**



Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X)   (6)   <u>The defendant is placed in the custody of</u>:

Maria Yolanda Lamas

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _Yolanda Lamas_
CUSTODIAN OR PROXY

(X)   (7)   The defendant shall:
    (X)   (a)   <u>maintain or actively seek employment, and provide proof thereof to the PSO upon request.</u>
    ( )   (b)   maintain or commence an educational program.
    (X)   (c)   <u>abide by the following restrictions on his personal associations, place of abode, or travel:</u>
          <u>Reside at a residence approved by Pretrial Services, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to the Eastern District of California, unless otherwise approved in advance by PSO.</u>
    ( )   (d)   avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: , unless in the presence of counsel or otherwise approved in advance by the PSO.
    (X)   (e)   <u>report on a regular basis to the following agency:</u>
          <u>Pretrial Services and comply with their rules and regulations.</u>
    ( )   (f)   comply with the following curfew:
    ( )   (g)   refrain from possessing a firearm, destructive device, or other dangerous weapon.
    (X)   (h)   <u>refrain from ANY use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner. However, medical marijuana, prescribed or not, may not be used.</u>
    ( )   (i)   undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO.
    (X)   (j)   <u>execute a $20,000 unsecured bond, signed by Maria Yolanda Lamas;</u>
    ( )   (k)   post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:
    ( )   (l)   execute a bail bond with solvent sureties in the amount of $
    (X)   (m)   <u>act within 30 days to dispose of any outstanding criminal/traffic matters, and provide proof thereof to the Pretrial Services Officer.</u>
    ( )   (n)   surrender any passport to the Clerk, United States District Court.
    ( )   (o)   obtain no passport during the pendency of this case.
    (X)   (p)   <u>report in person to the Pretrial Services Agency on the first working day following your release from custody.</u>
    (X)   (q)   <u>submit to drug and/or alcohol testing as directed by PSO.</u>
    (X)   (r)   <u>report any prescriptions to PSO within 48 hours of receipt.</u>
    ( )   (s)   participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system.
          ( )   (i)   **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the Pretrial Services office or supervising officer; or
          ( )   (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer; or
          ( )   (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services office or supervision officer.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)

Joel Javier

AO 199C (Rev. 4/91) Advice of Penalties...                                    Page ___ of ___ Pages

1: 06 CR 00225    **Advice of Penalties and Sanctions**

TO THE DEFENDANT:   AWI

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned for not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
Telephone

### Directions to United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: June 30, 2006          _____
                             Signature of Judicial Officer

                             Lawrence J. O'Neill
                             Name and Title of Judicial Officer
                             US Magistrate Judge

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES